PETER EISS et al., Respondents, v SEARS, ROEBUCK AND Co., Appellant. [668 NYS2d 534] —Order unanimously reversed on

the law without costs and motion granted. Memorandum: In this personal injury action, Supreme Court abused its discretion in denying defendant's motion to compel plaintiff Peter Eiss to demonstrate on videotape the manner in which he was using a jointer-planer at the time he was injured (*see, Dale v Emerson Elec. Co.*, 219 AD2d 815). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Discovery.) Present—Denman, P. J., Pine, Hayes, Balio and Boehm, JJ.